IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-293-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAMUEL ELIJAH JENRETTE, | ) | |
| | ) | |
| Defendant. | ) | |

On July 21, 2023, Samuel Elijah Jenrette filed a motion to extend time to file an appeal and for appointment of new appellate counsel. See [D.E. 123]. The court sentenced Jenrette on March 20, 2023 [D.E. 111]. On March 30, 2023, Jenrette filed an appeal with the United States Court of Appeals for the Fourth Circuit [D.E. 113]. The United States Court of Appeals for the Fourth Circuit has jurisdiction. See Fed. R. App. P. 4. Jenrette's motion to extend time and for appointment of new appellate counsel [D.E. 123] is DISMISSED.

SO ORDERED. This 23 day of October, 2023.

JAMES C. DEVER III
United States District Judge